702

SAYLES ET AL. *v.* FIELDS ET UX. ET AL.

[No. 0-552.  Filed March 16, 1959.]

*Nathaniel L. Sayles, pro se.*

PER CURIAM—This appeal must be dismissed for failure to perfect the same as required by Rule 2-3.  The papers filed do not constitute a transcript or assignment of errors.

Appeal dismissed.

NOTE.—Reported in 156 N. E. 2d 781.

STATE EX REL. JACKSON *v.* LAKE CRIMINAL COURT, MURRAY, JUDGE.

[No. 0-549.  Filed March 24, 1959.]

*Sam Jackson, pro se.*

PER CURIAM—The petitioner has filed what he calls a verified petition for writ of mandate to compel the Judge of the Lake Criminal Court to act upon an alleged petition for a writ of error coram nobis.  The petition filed herein fails to comply with Rule 2-35 of this court in that there are no certified copies of pleadings, orders and entries of the lower court upon which the petition is based.

The petition, therefore, is dismissed.

NOTE.—Reported in 156 N. E. 2d 885.